IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00334-MSK-PAC

CRAIG MOSER,

    Plaintiff,

v.

SAFELITE GLASS CORPORATION,

    Defendant.

_____

# ORDER OF DISMISSAL WITH PREJUDICE
_____

Upon the stipulated motion of the parties, this action is hereby dismissed with prejudice, each side to bear its own fees and costs.

Dated this 26th day of July, 2005

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge